

Office of the Clerk
United States Bankruptcy Court, Northern District of California

C21-6558 EJD

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**FILED**

Aug 25 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**August 23, 2021**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   Transmittal of Notice of Appeal to District Court:

**In re Darden et al v. Western Asbestos Settlement Trust, Adversary Case 20-03026, Judge Charles Novack**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Statement of Election
Memorandum Decision

**Filing Fee**:   ☒ Paid $ 298       ☐ Not Paid       ☐ Fee Waived       ☐ Fee Waiver Pending

If you have any questions, please contact me at **408-278-7563**       .

Edward Emmons, Clerk
United States Bankruptcy Court

By:   */s/ Katie Rose*

Katie Rose       Deputy Clerk